F. Murray Hill Co., Inc. *v.* United States

**No. 4997.**—Invoices dated Tokyo, Japan, November 15, 18, 1938.
Certified November 16, 19, 1938.
Entered at New York December 17, 23, 1938.
Entry Nos. 15918, 16665.

First Division, Appellate Term

(Decided September 10, 1940)

*Siegel & Mandell* for the appellant.
*Charles D. Lawrence*, Acting Assistant Attorney General (*Samuel D. Spector*, special attorney), for the appellee.

Before Brown, Oliver, and Walker, Judges; Walker, J., not participating

Brown, Judge: These applications for review, having been formally abandoned, are hereby dismissed. Judgment will be rendered accordingly.